DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, Bar # VI766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRET LEE HARTMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRET LEE HARTMAN, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-09-0334-EJG <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: November 20, 2009 <br> Time: 10:00 a.m. <br> Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED between the parties, Robin Taylor, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant Bret Lee Hartman, that the status conference of September 25, 2009 at 10:00 a.m., be vacated, and the matter be set for status conference on November 20, 2009 at 10:00 a.m.

The reason for the continuance is that defense counsel requires additional time to examine the discovery with the defendant. In addition, the Government advised that additional discovery will be ready in a few days. The parties agree a continuance is necessary for

1 this purpose, and agree to exclude time under the Speedy Trial Act
2 accordingly.
3     IT IS STIPULATED that the period from the signing of this Order,
4 up to and including November 20, 2009, be excluded in computing the
5 time within which trial must commence under the Speedy Trial Act,
6 pursuant to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for
7 ongoing preparation of counsel.
8 Dated: September 24, 2009
9                                         Respectfully submitted,
10                                        DANIEL BRODERICK
                                           Federal Defender
11
12                                        */s/ Douglas Beevers*
                                           _____
13                                        DOUGLAS BEEVERS
                                           Assistant Federal Defender
14                                        Attorney for Defendant
                                           BRET LEE HARTMAN
15
16 Dated: September 24, 2009
17                                        LAWRENCE BROWN
                                           Acting United States Attorney
18
19                                        */s/ Robin Taylor*
                                           _____
20                                   By:  ROBIN TAYLOR
                                           Assistant U.S. Attorney
21
22
23                              **ORDER**
24     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
25 ordered that the status conference presently set for September 25,
26 2009, be continued to November 20, 2009, at 10:00 a.m.  Based on the
27 representation of defense counsel and good cause appearing therefrom,
28 the Court hereby finds that the failure to grant a continuance in this

1 case would deny defendant reasonable time necessary for effective
2 preparation, taking into account the exercise of due diligence.  The
3 Court finds that the ends of justice to be served by granting a
4 continuance outweigh the best interests of the public and the defendant
5 in a speedy trial.  It is ordered that time from the date of this
6 Order, to and including, the November 20, 2009 status conference shall
7 be excluded from computation of time within which the trial of this
8 matter must be commenced under the Speedy Trial Act pursuant to 18
9 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel
10 time to prepare.
11 Dated:  September 24, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

Stip and Order                   -3-