1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  BRETT HARTMAN



FILED

FEB  8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. 2: 09 CR 334 EJG
                                   )
12               Plaintiff,        )
                                   )  DEFENDANT'S REQUEST FOR EXPANDED
13       v.                        )  APPOINTMENT ORDER; ORDER
                                   )
14  BRETT HARTMAN,                 )
                                   )
15               Defendant.        )  Judge: Hon. Edward G. Garcia
                                   )
16  _____  )

17       Pursuant to 18 U.S.C. § 3006A, the Office of the Federal Defender

18  was appointed by the duty magistrate to represent the defendant, BRETT

19  HARTMAN, on August 27, 2009.  Counsel undersigned has represented Mr.

20  Hartman since that time.

21       The defendant has received Notices of Forfeiture Proceedings from

22  the U.S. Postal Service.  All of the notices and all of the assets

23  listed in the notices are related to this criminal proceeding.  Mr.

24  Hartman, filed a claim of ownership pursuant to 18 U.S.C. § 983 and the

25  matter has been filed in U.S. District Court as 2:10-CV-00067-EJG-DAD.

26       18 U.S.C. §3006A(c) states that appointed counsel's representation

27  should continue through every stage of the proceeding "including

28  ancillary matters appropriate to the proceedings".  18 U.S.C. §

983(b)(1)(A) states:

> If a person with standing to contest the forfeiture of
> property in a judicial civil forfeiture proceeding
> under a civil forfeiture statute is financially unable
> to obtain representation by counsel, and the person is
> represented by counsel appointed under section 3006A
> of this title [18 U.S.C. § 3006A] in connection with a
> related criminal case, the court may authorize counsel
> to represent that person with respect to the claim.

Accordingly, the defendant respectfully asks this Court to authorize the Federal Defender Office to represent him in all civil forfeiture proceedings related to this case, specifically including *U.S. v. Approximately $30,000 in U.S. Currency*, 2:10-CV-00067-EJG-DAD.

Dated:  February 4, 2010

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                              /s/ DOUGLAS J. BEEVERS
                              _____
                              DOUGLAS J. BEEVERS
                              Assistant Federal Defender
                              Attorney for Defendant
                              BRETT HARTMAN


                         O R D E R

Pursuant to 18 U.S.C. § 3006A(c) and 18 U.S.C. §983(b)(1)(A), this Court approves the expansion of the order appointing counsel to represent Brett Hartman to include representation in all civil forfeiture proceedings related to the pending criminal charges including 2:10-CV-00067-EJG-DAD.

Dated:  _5_ February, 2010

                              _____
                              Hon. Edward J. Garcia
                              United States District Judge