```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRET LEE HARTMAN
```



FILED
MAR 0 9 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0334-EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE |
| ) | |
| BRET LEE HARTMAN, ) | |
| ) | Date: March 12, 2010 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED between the parties, Robin Taylor, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant Bret Lee Hartman, that the status conference of March 12, 2010 at 10:00 a.m., be vacated, and the matter be set for status conference on March 26, 2010 at 10:00 a.m.

The reason for the continuance is that the Government has additional discovery available next week in an ongoing investigation. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of this Order, up to and including March 26, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: March 9, 2010

    Respectfully submitted,

    DANIEL BRODERICK
    Federal Defender

    /s/ Douglas Beevers

    DOUGLAS BEEVERS
    Assistant Federal Defender
    Attorney for Defendant
    BRET LEE HARTMAN

Dated: March 9, 2010

    LAWRENCE BROWN
    Acting United States Attorney

    /s/ Robin Taylor

By:  ROBIN TAYLOR
    Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 12, 2010, be continued to March 25, 2010 at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the

1 | ends of justice to be served by granting a continuance outweigh the
2 | best interests of the public and the defendant in a speedy trial. It
3 | is ordered that time from the date of this Order, to and including, the
4 | March 26, 2010 status conference shall be excluded from computation of
5 | time within which the trial of this matter must be commenced under the
6 | Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
7 | Code T-4, to allow defense counsel time to prepare.
8 | Dated: March  9 , 2010

EDWARD J. GARCIA
United States District Judge

Stip and Order                              -3-