1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, AZ Bar # 016370
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   BRET LEE HARTMAN
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. CR-09-0334-EJG
                                )
14            Plaintiff,        )
                                ) STIPULATION AND [PROPOSED] ORDER
15      v.                      ) TO CONTINUE STATUS CONFERENCE
                                )
16 BRET LEE HARTMAN,            )
                                ) Date: April 9, 2010
17            Defendant.        ) Time: 10:00 a.m.
                                ) Judge: Hon. Edward J. Garcia
18 _____)

19      IT IS HEREBY STIPULATED between the parties, Robin Taylor,

20 Assistant United States Attorney, and Douglas J. Beevers, Assistant

21 Federal Defender, attorney for defendant Bret Lee Hartman, that the

22 status conference of March 26, 2010 at 10:00 a.m., be vacated, and the

23 matter be set for status conference on April 9, 2010 at 10:00 a.m.

24      The reason for the continuance is that the Government has

25 additional discovery and a new Indictment in an ongoing investigation.

26 The parties agree a continuance is necessary for this purpose, and

27 agree to exclude time under the Speedy Trial Act accordingly.

28

1    IT IS STIPULATED that the period from the signing of this Order,
2 up to and including April 9, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing
5 preparation of counsel.
6 Dated: March 25, 2010
7                                         Respectfully submitted,
8                                         DANIEL BRODERICK
                                          Federal Defender
9
10                                        */s/ Douglas Beevers*
                                          _____
11                                        DOUGLAS BEEVERS
                                          Assistant Federal Defender
12                                        Attorney for Defendant
                                          BRET LEE HARTMAN
13
14 Dated: March 25, 2010
15                                        LAWRENCE BROWN
                                          Acting United States Attorney
16
17                                        */s/ Robin Taylor*
                                          _____
18                                   By:  ROBIN TAYLOR
                                          Assistant U.S. Attorney
19
20
21                                    **ORDER**
22    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for March 26, 2010, be
24 continued to April 9, 2010 at 10:00 a.m.  Based on the representation
25 of defense counsel and good cause appearing therefrom, the Court hereby
26 finds that the failure to grant a continuance in this case would deny
27 defendant reasonable time necessary for effective preparation, taking
28 into account the exercise of due diligence.  The Court finds that the

-2-

ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the April 9, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:  March 25, 2010

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge