DANIEL J. BRODERICK, Bar #89434
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3RD Floor
Sacramento, California  95814
Telephone (916) 498-5700

ATTORNEY FOR DEFENDANT
BRETT HARTMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 09-00334-EJG |
| Plaintiff, ) | **WAIVER OF DEFENDANT'S PRESENCE** |
| v. ) | |
| BRETT HARTMAN, ) | |
| Defendant. ) | |

    Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when a continuance is ordered and when any other action is taken by the court before or after hearing, except at the initial appearance, arraignment, plea, trial confirmation hearing, jury trial or court trial, impanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court

ready for hearing any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

DATED: 09/03/2009

/s/ Brett Hartman

BRETT HARTMAN
Defendant
(Original retained by attorney)

APPROVED:

/s/ Dennis S. Waks

DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
(Original retained by attorney)

DATED:  09/03/2009

DATED: 3/25/2010

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court Judge