```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BRET LEE HARTMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0334-EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| BRET LEE HARTMAN, ) | |
| ) | Date: April 16, 2010 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Robin Taylor, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant Bret Lee Hartman, that the status conference of April 9, 2010 at 10:00 a.m., be vacated, and the matter be set for status conference on April 16, 2010 at 10:00 a.m.

   The reasons for the continuance are that the Government has additional discovery and a new Indictment in an ongoing investigation. The Government is no longer available for the previous date of April 9, 2010. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1  IT IS STIPULATED that the period from the signing of this Order,
2 up to and including April 16, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing
5 preparation of counsel.
6 Dated: April 1, 2010

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
BRET LEE HARTMAN

Dated: April 1, 2010

BENJAMIN B. WAGNER
Acting United States Attorney

*/s/ Robin Taylor*
_____
By:  ROBIN TAYLOR
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 9, 2010, be continued to April 16, 2010 at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the

Stip and Order                       -2-

1  ends of justice to be served by granting a continuance outweigh the
2  best interests of the public and the defendant in a speedy trial.  It
3  is ordered that time from the date of this Order, to and including, the
4  April 16, 2010 status conference shall be excluded from computation of
5  time within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
7  Code T-4, to allow defense counsel time to prepare.
8  Dated:  April 1, 2010

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge