DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRET LEE HARTMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0334-EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| BRET LEE HARTMAN, ) | |
| ) | Date: April 16, 2010 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Robin Taylor, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant Bret Lee Hartman, that the status conference of April 16, 2010 at 10:00 a.m., be vacated, and the matter be set for status conference on May 7, 2010 at 10:00 a.m.

   The reason for the continuance is that the Government is filing an additional charge with additional discovery that is not yet available. The defendant intends to plea to the current charge. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1   IT IS STIPULATED that the period from the signing of this Order,
2 up to and including May 7, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing
5 preparation of counsel.
6 Dated: April 14, 2010

7                                       Respectfully submitted,
8                                       DANIEL BRODERICK
                                        Federal Defender
9
10                                      */s/ Douglas Beevers*
                                        _____
11                                      DOUGLAS BEEVERS
                                        Assistant Federal Defender
12                                      Attorney for Defendant
                                        BRET LEE HARTMAN
13
14 Dated: April 14, 2010
15                                      BENJAMIN B. WAGNER
                                        Acting United States Attorney
16
17                                      */s/ Robin Taylor*
                                        _____
18                                  By: ROBIN TAYLOR
                                        Assistant U.S. Attorney
19
20
21                              **ORDER**

22   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for April 16, 2010, be
24 continued to May 7, 2010 at 10:00 a.m.  Based on the representation of
25 defense counsel and good cause appearing therefrom, the Court hereby
26 finds that the failure to grant a continuance in this case would deny
27 defendant reasonable time necessary for effective preparation, taking
28 into account the exercise of due diligence.  The Court finds that the

1  ends of justice to be served by granting a continuance outweigh the
2  best interests of the public and the defendant in a speedy trial.  It
3  is ordered that time from the date of this Order, to and including, the
4  May 7, 2010 status conference shall be excluded from computation of
5  time within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
7  Code T-4, to allow defense counsel time to prepare.
8  Dated:  April 15, 2010

10                              /s/ Edward J. Garcia
                                EDWARD J. GARCIA
11                              United States District Judge

Stip and Order                       -3-