```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, AZ Bar # 016370
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    BRET LEE HARTMAN
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. CR-09-0334-EJG
                                   )
14              Plaintiff,         )
                                   )  STIPULATION AND         ORDER
15       v.                        )  TO CONTINUE STATUS CONFERENCE
                                   )
16  BRET LEE HARTMAN,              )
                                   )  Date: August 27, 2010
17              Defendant.         )  Time: 10:00 a.m.
                                   )  Judge: Hon. Edward J. Garcia
18  _____)
```

19       IT IS HEREBY STIPULATED between the parties, Robin Taylor,

20  Assistant United States Attorney, and Douglas J. Beevers, Assistant

21  Federal Defender, attorney for defendant Bret Lee Hartman, that the

22  status conference of July 16, 2010 at 10:00 a.m., be vacated, and the

23  matter be set for status conference on August 27, 2010 at 10:00 a.m.

24       The reason for the continuance is to allow additional time to

25  negotiate a resolution in this matter. The parties agree a continuance

26  is necessary for this purpose, and agree to exclude time under the

27  Speedy Trial Act accordingly.

28

| | |
|---|---|
| 1 | IT IS STIPULATED that the period from the signing of this Order, |
| 2 | up to and including August 27, 2010, be excluded in computing the time |
| 3 | within which trial must commence under the Speedy Trial Act, pursuant |
| 4 | to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing |
| 5 | preparation of counsel. |
| 6 | Dated: July 13, 2010 |

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Douglas Beevers

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
BRET LEE HARTMAN

Dated: July 13, 2010

BENJAMIN B. WAGNER
Acting United States Attorney

/s/ Robin Taylor

By: ROBIN TAYLOR
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for July 16, 2010, be continued to August 27, 2010 at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the

1  ends of justice to be served by granting a continuance outweigh the
2  best interests of the public and the defendant in a speedy trial.  It
3  is ordered that time from the date of this Order, to and including, the
4  August 27, 2010 status conference shall be excluded from computation of
5  time within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
7  Code T-4, to allow defense counsel time to prepare.
8  Dated:  July _14_, 2010

_____
EDWARD J. GARCIA
United States District Judge