**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M & ORDER THEREON

DATE:       November 18, 2010

TO:         Colleen Lydon, Courtroom Clerk to the
            Honorable Edward J. Garcia

FROM:       Erin McKenna, Legal Assistant  to
            Douglas J. Beevers, Assistant Federal Defender

SUBJECT:    United States v. Brett Hartman
            CR-S-09-334-EJG

---

Please continue Judgment and Sentencing, presently scheduled for December 10, 2010 to **Friday, January 28, 2011 at 10:00a.m.**

The following will be the new schedule for disclosure of the Pre-Sentence Report:

Judgment and Sentencing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 28, 2011

Reply or Statement of Non-opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . January 21, 2011

Motion for Correction of the Pre-Sentence Report
shall be filed with the court and served on the
Probation Officer and opposing counsel no later than . . . . . . . . . . . . . . . January 14, 2011

Pre-Sentence Report shall be filed with the court
and disclosed to counsel no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . January 7, 2011

The Assistant United States Attorney, Carolyn Delaney, and United States Probation Officer, Laura Weigel, have no objections to this continuance.

Dated:      November 23, 2010

                                            /s/ Edward J. Garcia
                                            Edward J. Garcia
                                            United States District Court Judge