```
                IN THE UNITED STATES DISTRICT COURT FOR THE

                       EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

              Plaintiff,              CR. NO. S-09-0334 EJG

     v.                               ORDER DIRECTING RELEASE OF
                                      CRIMINAL FILE
BRETT HARTMAN,

              Defendant.
_____/
```

Defendant, a federal prisoner proceeding pro se, has filed a motion to compel release of his criminal file from his trial counsel, Assistant Federal Defender Douglas Beevers.  Defendant states that he wants to file a post-conviction motion, is aware the one year time limit in which to file such a motion is approaching, and is in need of information within his criminal file to prepare his motion.  He attaches correspondence showing previous attempts to obtain his file from his former counsel.

Review of the file reveals that defendant pled guilty September 10, 2010 to a three-count Superseding Indictment charging him with theft of government property, mail fraud, and

1

forging and counterfeiting postage meter stamps.  His pleas were entered without a plea agreement and he did not waive his right to file a post-conviction motion.  Defendant was sentenced January 28, 2011, and judgment was entered on the docket February 3, 2011, thus he has until February 2, 2012 in which to timely file a motion pursuant to 28 U.S.C. § 2255.  Accordingly, defendant's motion to compel release of his criminal file is GRANTED.  Assistant Federal Defender Douglas Beevers is directed to facilitate the release of defendant's criminal file within 14 days from the date of this order.

    IT IS SO ORDERED.

Dated: October 20, 2011

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA, JUDGE
                                        UNITED STATES DISTRICT COURT